1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY CHARLES WREN                    No.  2:21-cv-00903-DAD-KJN (PC)

12                 Plaintiff,

13          v.                                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14    WARDEN MULE CREEK PRISON, et al.,       FOURTH AMENDED COMPLAINT WITH
                                              PREJUDICE
15                 Defendants.
                                              (Doc. No. 44)
16

17

18          Plaintiff Jeffrey Charles Wren is a state prisoner proceeding *pro se* and *in forma pauperis*

19    in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

20    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) Local Rule 302.

21          On September 16, 2021, the assigned magistrate judge issued findings and

22    recommendations, recommending that plaintiff's fourth amended complaint be dismissed without

23    leave to amend as frivolous and for failure to state a claim upon which relief may be granted.

24    (Doc. No. 44.)  The findings and recommendations were served on plaintiff and contained notice

25    that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 6–7.)  No

26    objections have been filed and the time to do so has since passed.

27    /////

28    /////

                                            1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on September 16, 2021 (Doc. No. 44) are adopted in full;

2.    Plaintiff's fourth amended complaint (Doc. No. 39) is dismissed without leave to amend as frivolous and for failure to state a claim upon which relief may be granted;

3.    The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 6, 2022**

UNITED STATES DISTRICT JUDGE

2